ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 5:58 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 5:58:52 AM
CHRISTOPHER A. PRINE
Clerk

# NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1550 Lamar, Suite 2000
Houston, Texas 77010
United States

November 26, 2025

Direct line +1 713 651 3633
warren.huang@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

Re:     Appeal No. 15-24-00114-CV; *Cecile Erwin Young, in Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, et al. v. Cook Children's Health Plan, et al.*; In the Fifteenth Court of Appeals

Mr. Christopher A. Prine, Clerk                                  **Via Electronic Filing**
FIFTEENTH COURT OF APPEALS
William P. Clements Building
300 West 15th Street, Suite 607
Austin, Texas 78701

Dear Mr. Prine:

On November 25, 2025, Appellees filed their Joint Emergency Motion for Administrative Stay and Motion for Rehearing of Rule 29.3 Motions. In response to your letter dated November 25, 2025, Appellees—with the filing of this letter—have electronically submitted payment of the $15.00 filing fee for the Motion for Rehearing of Rule 29.3 Motions.

Very truly yours,

/s/ Warren S. Huang

Warren S. Huang

*Co-Counsel for Appellee Texas Children's Health Plan*

cc:     All Counsel of Record

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 108483259
Filing Code Description: Motion for Rehearing
Filing Description: Motion for Rehearing
Status as of 11/26/2025 8:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 11/26/2025 5:58:52 AM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 11/26/2025 5:58:52 AM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 11/26/2025 5:58:52 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 11/26/2025 5:58:52 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 11/26/2025 5:58:52 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| David Johns | | david@cobbjohns.com | 11/26/2025 5:58:52 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 11/26/2025 5:58:52 AM | SENT |
| Victor Hernandez | | victor.hernandez@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 11/26/2025 5:58:52 AM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 11/26/2025 5:58:52 AM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 11/26/2025 5:58:52 AM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 11/26/2025 5:58:52 AM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 11/26/2025 5:58:52 AM | ERROR |
| Trisha Marino | | tmarino@perkinscoie.com | 11/26/2025 5:58:52 AM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 11/26/2025 5:58:52 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 108483259
Filing Code Description: Motion for Rehearing
Filing Description: Motion for Rehearing
Status as of 11/26/2025 8:03 AM CST

Associated Case Party: Cook Children's Health Plan

| | | | | |
|---|---|---|---|---|
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 11/26/2025 5:58:52 AM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 11/26/2025 5:58:52 AM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 11/26/2025 5:58:52 AM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 11/26/2025 5:58:52 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 11/26/2025 5:58:52 AM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 11/26/2025 5:58:52 AM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Superior Healthplan Inc.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 108483259
Filing Code Description: Motion for Rehearing
Filing Description: Motion for Rehearing
Status as of 11/26/2025 8:03 AM CST

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 11/26/2025 5:58:52 AM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 11/26/2025 5:58:52 AM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 11/26/2025 5:58:52 AM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Cecile Erwin Young, Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |
| Jeffrey Stephens | | jeff.stephens@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |
| Mohmed Patel | | mohmed.patel@oag.texas.gov | 11/26/2025 5:58:52 AM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 108483259
Filing Code Description: Motion for Rehearing
Filing Description: Motion for Rehearing
Status as of 11/26/2025 8:03 AM CST

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason R.LaFond | | jlafond@scottdoug.com | 11/26/2025 5:58:52 AM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 11/26/2025 5:58:52 AM | SENT |